No. 04–1569.  CITY OF CINCINNATI, OHIO v. CASH ET AL.  C. A. 6th Cir.  Motion of Philip Garcia for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▮

No. 04–1583.  FLORIDA v. DUNCAN.  Sup. Ct. Fla.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▮

No. 04–1605.  WASHINGTON MUTUAL BANK, FA, SUCCESSOR TO GREAT WESTERN BANK v. DAWSON ET UX.  C. A. 9th Cir. Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.* ▮

No. 04–1607.  SHERWOOD PARTNERS, INC. v. LYCOS, INC., AKA DELAWARE LYCOS, INC.  C. A. 9th Cir.  Motion of Receivers, Inc., et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied. ▮

No. 04–1634.  GLOBE NEWSPAPER CO., INC., ET AL. v. AYASH. Sup. Jud. Ct. Mass.  Motion of ABC, Inc., et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied. ▮

No. 04–1673.  CHAPLIN ET AL. v. DU PONT ADVANCE FIBER SYSTEMS ET AL.  C. A. 4th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.* ▮

No. 04–1678.  KRAMER v. GWINNETT COUNTY, GEORGIA, ET AL. C. A. 11th Cir.  Motion of petitioner to consolidate case with No. 04–1236, *Goodman* v. *Georgia et al.,* denied.  Certiorari denied. ▮

No. 04–1706.  MILLER CITIZENS CORP. ET AL. v. CARTER, ATTORNEY GENERAL OF INDIANA, ET AL.  Sup. Ct. Ind.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.* ▮

*See also note, *supra,* p. 801.